UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELLEN BAKER,

Petitioner,

-v.-

JATHIYAH SABURAH VALENTINE,

Respondent.

26 Civ. 8858 (JHR) (HJR)

ORDER

JENNIFER H. REARDEN, District Judge:

Respondent, Jathiyah Saburah Valentine, who is appearing *pro se*, filed a notice of removal to remove to this Court an action pending in the Circuit Court of the Eighteenth Judicial Circuit, Seminole County, Florida. *See* ECF No. 1 at 1. For the reasons set forth below, the action is remanded to the Circuit Court of the Eighteenth Judicial Circuit, Seminole County, Florida.

**STANDARD OF REVIEW**

A defendant in a state court action may remove a matter to federal district court if the district court has original jurisdiction over the action. 28 U.S.C. § 1441(a). To remove a state-court action to a federal district court:

> [a] defendant . . . shall file in the district court of the United States for the district and division within which such action is pending a notice of removal signed pursuant to Rule 11 of the Federal Rules of Civil Procedure and containing a short and plain statement of the grounds for removal, together with a copy of all process, pleadings, and orders served upon such defendant or defendants in such action.

28 U.S.C. § 1446(a). The right of removal is "entirely a creature of statute," and the "statutory procedures for removal are to be strictly construed." *Syngenta Crop Protection, Inc. v. Henson*, 537 U.S. 28, 32 (2002). A federal district court may *sua sponte* remand an action within 30 days of the filing of the notice of removal for a procedural defect, or at any time for a lack of subject

matter jurisdiction. *See* 28 U.S.C. § 1447(c); *Mitskovski v. Buffalo & Fort Erie Pub. Bridge Auth.*, 435 F.3d 127, 131-33 (2d Cir. 2006); *Hamilton v. Aetna Life & Cas. Co.*, 5 F.3d 642, 643-44 (2d Cir. 1993)

**DISCUSSION**

Removal of this case is improper. First, civil actions may be removed only "to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a). Here, the state action is pending in Seminole County, Florida, which is not within this District. Respondent's notice of removal concedes that "the removal statutes do not permit a state case pending in Seminole County, Florida to be removed directly to the Southern District of New York." ECF No. 1 at 2.

Second, Respondent's notice does not comply with 28 U.S.C. § 1446(a), which requires a defendant removing an action to federal district court to file, in addition to "a short and plain statement of the grounds for removal," "cop[ies] of all process, pleadings, and orders" that were served. No such filings from the state court action were attached to the notice of removal.

Third, the notice of removal is untimely. A notice of removal must be filed within 30 days of the defendant's receipt of a pleading, motion or other paper indicating grounds for removal. 28 U.S.C. § 1446(b). Here, the state court docket number cited in the notice of removal refers to an action that was initiated in 2025. A copy of the state court docket, which was obtained by entering the case number into the website located at https://courtrecords.seminoleclerk.org/civil/, is attached to this Order. The docket reflects filings in the state court action beginning on April 25, 2025, culminating in a notice of appeal filed by Respondent on January 23, 2026 and what appears to be entry of an order from an appellate court on February 23, 2026. In short, the docket reflects no filing less than 30 days before the filing of the notice of removal. In any event, according to the state court docket, Respondent is actually

the petitioner, not the respondent, in the state court case. A petitioner in a state court case is not permitted to remove cases to federal court. 28 U.S.C. § 1446(a) ("A *defendant or defendants* desiring to remove any civil action from a State court shall file in the district court of the United States for the district and division within which such action is pending a notice of removal . . ., together with a copy of all process, pleadings, and orders served upon *such defendant or defendants* in such action." (emphasis added)); 28 U.S.C. § 1443 (providing that "[a]ny of the following civil actions or criminal prosecutions, commenced in a State court[,] *may be removed by the defendant* to the district court of the United States for the district and division embracing the place wherein it is pending," and listing the types of cases that may be removed under section 1443 (emphasis added)).

## CONCLUSION

In view of the foregoing, the Court concludes that this case may not be removed to this District. Thus, the action is hereby remanded pursuant to 28 U.S.C. § 1447(c) to the Circuit Court of the Eighteenth Judicial Circuit, Seminole County, Florida. The Clerk of Court is directed to send a copy of this Order to that court.

The Clerk of Court is further directed to mail a copy of this Order to Respondent and to note service on the docket.

Finally, the Clerk of Court shall close this action. All pending matters are terminated.

Dated: October 26, 2026
New York, New York

Jennifer H. Rearden

JENNIFER H. REARDEN
United States District Judge

GRANT MALOY
Clerk of the Circuit Court and County Comptroller
Seminole County, Florida



Log in Register

## Case Details - Summary

| | |
|---|---|
| **Case Number:** | 2025DR001437 |
| **View Status:** | PUBLIC |
| **Case Style:** | JATHIYAH VALENTINE -VS- ELLEN BAKER |
| **Case Type:** | 05OK - RETURN OF MINOR CHILD |
| **Case Status:** | OPEN |
| **Divison:** | FAMILY |
| **UCN:** | 592025DR001437000SEM |
| **Judge:** | CHRISTOPHER SPRYSENSKI |
| **Jury Trial:** | NO |
| **File Date:** | 04/25/2025 |

## Case Parties

## Dockets

**Documents Not Viewable per Statute(s)** **Docket Code:** Filter Clear Filter

| DATE | NUMBER | DOCKET CODE | DESCRIPTION | PAGES |
|---|---|---|---|---|
| 02/23/2026 | 69 | ORDR | ORDER FROM 5DCA | 1 |
| 02/05/2026 | 68 | ADCA | ACKNOWLEDGMENT OF NOTICE OF APPEAL FROM 5TH DCA | 2 |
| 01/23/2026 | 67 | NOTC | NOTICE OF APPEAL / J VALENTINE | 1 |
| 10/28/2025 | 66 | OCSM | OPEN COURT SHEET AND COURT MINUTES | 2 |
| 08/29/2025 | 65 | ADCA | ACKNOWLEDGMENT OF NOTICE OF APPEAL FROM 5TH DCA | 2 |
| 08/25/2025 | 64 | ORDR | CASE MANAGEMENT ORDER / JUDGE SPRYSENSKI 8/25/25 | 9 |
| 08/22/2025 | 63 | MOTN | MOTION TO COMPEL SERVICE & TIMELY PROVISION OF FILINGS / J VALENTINE | 2 |

| | | | | |
|---|---|---|---|---|
| 08/22/2025 | 62 | APPL | APPLICATION FOR INDIGENT STATUS FOR APPEAL | 1 |
| 08/22/2025 | 61 | NOTC | EMERGENCY NOTICE OF APPEAL Instrument: 2025083956 | 26 |
| 08/21/2025 | 60 | ORDR | ORDER FROM 5DCA | 1 |
| 08/18/2025 | 58 | ORDR | ORDER FROM 5DCA | 1 |
| 08/15/2025 | 59 | OCSM | OPEN COURT SHEET AND COURT MINUTES | 2 |
| 08/13/2025 | 57 | MOTN | EMERGENCY MOTION FOR CHILD PICK UP ORDER / J VALENTINE | 14 |
| 07/28/2025 | 56 | OCSM | OPEN COURT SHEET AND COURT MINUTES | 1 |
| 07/23/2025 | 55 | ORDR | ORDER SETTING HEARING ON 7/28/25 @ 10:00 AM / JUDGE SPRYSENSKI 7/23/25 | 2 |
| 07/23/2025 | 54 | NOTC | NOTICE OF FILING / E BAKER | 3 |
| 07/22/2025 | 53 | ADCA | ACKNOWLEDGMENT OF NOTICE OF APPEAL FROM 5TH DCA | 2 |
| 07/21/2025 | 52 | MOTN | MOTION TO NOT SEND THE KID TO NY TO BE SPLIT UP / E BAKER | 3 |
| 07/15/2025 | 51 | NOTC | NOTICE OF FILING EXHIBITS/ J VALENTINE | 29 |
| 07/15/2025 | 50 | NOTC | NOTICE OF APPEAL | 8 |
| 07/15/2025 | 49 | NOTC | NOTICE OF APPEAL | 2 |
| 07/15/2025 | 48 | MOTN | EMERGENCY MOTION FOR JUDICIAL INTERVENTION & IMMEDIATE RETURN OF CHILDREN TO BIOLOGICAL MOTHER / J VALENTINE | 35 |
| 07/15/2025 | 47 | MOTN | EMERGENCY MOTION FOR PICKUP OF MINOR CHILDREN & TRANSFER OF CUSTODY TO MOTHER / J VALENTINE | 5 |
| 07/11/2025 | 46 | LETT | LETTER TO CLERK FOR TIMESTAMP / J VALENTINE | 1 |

| | | | | |
|---|---|---|---|---|
| 07/11/2025 | 45 | MOTN | EMERGENCY MOTION FOR EMERGENCY EXPEDITED ORDR FOR IMMEDIATE RETURN OF CHILDREN & TRANSFER OF JURISDICTION TO NEW YORK / J VALENTINE | 6 |
| 07/11/2025 | 44 | MOTN | EMERGENCY MOTION FOR EMERGENCY EXPEDITED ORDR FOR IMMEDIATE RETURN OF CHILDREN RETURN OF USB & COPY OF BIRTH CERTIFICATES / J VALENTINE | 2 |
| 07/07/2025 | 43 | NOTC | NOTICE OF FILING ATTACHED CORRESPONDENCE / JUDGE SPRYSENSKI | 4 |
| 06/19/2025 | 42 | ORDR | ORDER CONTINUING 6/24/2025 HEARING / JUDGE SPRYSENSKI 6/19/2025 | 2 |
| 06/18/2025 | 41 | ADCA | ACKNOWLEDGMENT OF NOTICE OF APPEAL FROM 5TH DCA | 2 |
| 06/10/2025 | 40 | NOTC | AMENDED NOTICE OF APPEAL / J VALENTINE | 1 |
| 06/10/2025 | 39 | NOTC | NOTICE OF APPEAL / J VALENTINE | 1 |
| 06/10/2025 | 38 | APPL | APPLICATION FOR INDIGENT STATUS APPROVED FOR APPEALS / J VALENTINE | 1 |
| 06/10/2025 | 37 | MOTN | MOTION TO DENY CHANGE DATE AFTER 6/27/25 / J VALENTINE | 3 |
| 06/03/2025 | 36 | MOTN | MOTION TO MOVE DATE / E BAKER | 1 |
| 05/28/2025 | 35 | ORDR | ORDER DENYING MOTION TO DISQUALIFY /JUDGE SPRYSENSKI 5/28/2025 | 2 |
| 05/21/2025 | 34 | ADCA | ACKNOWLEDGMENT OF NOTICE OF APPEAL FROM 5TH DCA | 2 |
| 05/21/2025 | 33 | MOTN | REVISED MOTION TO REINSTATE INJUNCTION HRG BEFORE ORIGINAL JUDGE / J VALENTINE | 3 |
| 05/21/2025 | 32 | MOTN | MOTION TO PROCEED IN FORMA PAUPERIS / J VALENTINE | 2 |

| | | | | |
|---|---|---|---|---|
| 05/21/2025 | 31 | NOTC | NOTICE OF APPEAL | 2 |
| 05/21/2025 | 30 | MOTN | MOTION TO DISQUALIFY JUDGE SPRYSENSKI/ J VALENTINE | 3 |
| 05/21/2025 | 29 | MOTN | EMERGENCY MOTION FOR IMMEDIATE RETURN OF MINOR CHILD TO PARENTAL CUSTODY / J VALENTINE | 3 |
| 05/21/2025 | 28 | MOTN | EMERGENCY MOTION FOR REINSTATEMENT OF CONTACT & VISITATION / J VALENTINE | 3 |
| 05/20/2025 | 27 | PETN | PETITION FOR WRIT OF MANDAMUS / J VALENTINE | 11 |
| 05/20/2025 | 26 | MOTN | MOTION TO STAY ORDER PENDING APPEAL & DISQUALIFY JUDGE / J VALENTINE | 11 |
| 05/20/2025 | 25 | MOTN | MOTION TO EXPEDITE TRANSCRIPT PREPARATION / J VALENTINE | 10 |
| 05/20/2025 | 24 | MOTN | MOTION FOR REHEARING & RQST FOR 3RD PARTY OBSERVER / J VALENTINE | 12 |
| 05/20/2025 | 23 | MOTN | MOTION TO DISQUALIFY JUDGE STAY ORDR PENDING APPEAL / J VALENTINE | 1 |
| 05/20/2025 | 22 | APPL | APPLICATION FOR INDIGENT STATUS APPROVED / J VALENTINE | 1 |
| 05/15/2025 | 21 | OCSM | OPEN COURT SHEET AND COURT MINUTES | 2 |
| 05/15/2025 | 20 | ORDR | ORDER PROVIDING TEMP CUSTODY OF CHILDREN TO RESPONDENT E BAKER PURSUANT TO THIS COURTS TEMP EMERGENCY JURISDICTION UNDER UCCJEA FLA STAT 61 517 / JUDGE SPRYSENSKI 5/15/25 | 5 |
| 05/12/2025 | 19 | AFFI | AFFIDAVIT IN SUPPORT OF MOTN FOR EXPEDITED REVIEW & PICKUP ORDR / J VALENTINE | 3 |

| | | | | |
|---|---|---|---|---|
| 05/12/2025 | 18 | MOTN | MOTION FOR EXPEDITED REVIEW & IMMEDIATE ISSUANCE OF EMERGENCY PICKUP ORDR / J VALENTINE | 7 |
| 05/12/2025 | 17 | EXID | EXHIBIT - FLASHDRIVE / J VALENTINE | 2 |
| 05/06/2025 | 16 | ORDR | ORDER SCHEDULING HEARING UPON 5/5/2025 EMERGENCY MOTION / JUDGE SPRYSENSKI 5/6/2025 | 2 |
| 05/06/2025 | 15 | AFFI | AFFIDAVIT FOR AMENDED MOTION / J VALENTINE | 4 |
| 05/06/2025 | 14 | MOTN | AMENDED EMERGENCY MOTION FOR PICK UP ORDER & TEMPORARY CUSTODY / J VALENTINE | 17 |
| 05/05/2025 | 13 | MOTN | EMERGENCY MOTION TO REINSTATE EXPEDITED EMERGENCY PICK UP ORDR & GRANT TEMP CUSTODY & PROTECTIVE RELIEF & VACATE ORDR OF DISMISSAL ISSUED 5/2/25 / J VALENTINE | 24 |
| 05/02/2025 | 12 | DCRT | DESIGNATION OF ELECTRONIC MAIL ADDRESS / E BAKER | 2 |
| 04/29/2025 | 11 | ORDR | ORDER VACATING 4/28/2025 ORDER GRANTING EMERGENCY VERIFIED MOTION FOR CHILD PICK UP ORDER / JUDGE SPRYSENSKI 4/29/2025 | 3 |
| 04/28/2025 | 10 | ORDR | ORDER GRANTING EMERGENCY VERIFIED MOTION FOR CHILD PICK UP ORDER / JUDGE SPRYSENSKI 4/28/2025 | 4 |
| 04/25/2025 | 9 | AFFI | AFFIDAVIT IN SUPPORT OF | 1 |
| 04/25/2025 | 8 | NOTC | NOTICE OF FILING LEASE AGREEMENT | 2 |
| 04/25/2025 | 7 | BIRT | BIRTH CERTIFICATE | 1 |
| 04/25/2025 | 6 | BIRT | BIRTH CERTIFICATE | 2 |
| 04/25/2025 | 5 | CCJA | DECLARATION CHILD CUSTODY JURISD ACT | 5 |
| 04/25/2025 | 4 | CCST | CIVIL COVER SHEET | 2 |

| | | | | |
|---|---|---|---|---|
| 04/25/2025 | 3 | CCJA | DECLARATION CHILD CUSTODY JURISD ACT | 5 |
| 04/25/2025 | 2 | CCST | CIVIL COVER SHEET | 2 |
| 04/25/2025 | 1 | MOTN | EMERGENCY MOTION FOR CHILD PICK UP ORDER | 4 |

**Hearings**